IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCHA SMITH,                                                                                    PLAINTIFF
ADC #139016

v.                                    5:11-cv-00091-KGB-JTK

RAY HOBBS., ET AL.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful review of those proposed findings and recommendations, and the objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Extension of Time to File Response or Reply (Dkt. No. 24) is denied as moot, plaintiff having filed his response to the proposed findings and recommendations and the Court having considered his response to the proposed findings and recommendations; and

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE