IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCHA SMITH,        PLAINTIFF
ADC #139016

v.        5:11-cv-00091-KGB-JTK

RAY HOBBS., ET AL.        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE